**CHAPTER 13 PLAN ANALYSIS**

Re: CHARLES COGBILL                          CASE No: 20-
Prior: Bankruptcy( ) Chapter 13 (X)      Date: October 29, 2020

Estimated Length of Plan 60 Months      Trustee Use

                                                341 Meeting Date _____
                                                Continued: _____
                                                Confirmed Date: _____

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES**

A. TOTAL PRIORITY CLAIMS (Class)

     i)      Unpaid Attorney fees ----------------------------- $    3,600.00

     ii)     Taxes………………………………………………………………………………………… $

     iii)    OTHER……………………………………………………….------------------ - $

TOTAL OF PAYMENTS TO CURE DEFAULTS (Class two)………………………     38,944.00

TOTAL OF PAYMENTS ON SECURED CLAIMS (Class Three)………………      7,568.00

TOTAL OF PAYMENTS ON UNSECURED CLAIMS (Class four)………………

SUB-TOTAL………………………………………………………………………………………………………     50,112.00

TOTAL TRUSTEE'S COMPENSATION (10% OF debtor's payments)…      5,568.00

TOTAL DEBT AND ADMINISTRATIVE EXPENSES…………………………     55,680.00

RECONCILIATION WITH CHAPTER

B. INTEREST OF CLASS FOUR CREDITORS IF CHATPER 7 FILED

     I)      Value of debtor's interest in nonexempt property………………………………………

     ii)     Plus: Value of Property recoverable under avoiding powers………………

     iii)    Less: Estimated Chapter 7 administrative expense………………………………………

     iv)     Less: amounts payable to priority creditors other than

                        Costs of admin………………………………………………………

     v)      Equals: estimated amount payable to Class 4 creditors if

                        Chapter 7 filed…………………………………………

C. ESTIMATED DIVIDINED FOR CLASS FOUR UNDER CHAPTER……………………………

D. ESTIMATED DIVIDEND UNDER PLAN……………………………………………………………

/s/ VIVIAN A HOUGHTON ESQUIRE                  /S/CHARLES COGBILL
ATTORNEY FOR DEBTOR                                      DEBTOR